

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2017

No. 04-17-00066-CV

Hugo **ALANIZ**,
Appellant

v.

Jose Maria **AGUIRRE** et al.,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-09-71
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

    The Appellee's Second Motion for Extension of Time to File Brief is hereby GRANTED. The Appellee's Brief is extended to August 7, 2017.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk